**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> GREAT PACIFIC SEAFOODS, INC. </u>

THE HONORABLE JOHN D. ROBERTS

D<small>EPUTY</small> C<small>LERK</small>                                           CASE NO.  <u>3:01-cr-00015-01-HRH</u>

<u> Pam Richter </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: June 23, 2006</u>

**INITIAL APPEARANCE** in the above-captioned case on the Petition To Revoke Probation is hereby set for **Friday, July 21, 2006, at 9:30 a.m.,** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{INITIAL APPEARANCE.WPD*Rev.3/97}