AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

**RECEIVED**
JUL 0 7 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:01-cr-00015-01-HRH |
| GREAT PACIFIC SEAFOODS, INC. | |

2006 JUN 23 PM 12: 44
RECEIVED
U.S. MARSHAL SERVICE
ALASKA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>Courtroom 6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Friday, July 21, 2006 at 9:30 a.m. |

To answer a(n)
[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Violation Notice   [XX] Probation Violation Petition

Charging you with **eight** violations of:
Special Condition of Supervision number 1

Brief description of offenses:
The defendant has committed further violations of environmental laws, regulations or permits of the United States including those for which primary enforcement has been delegated to the State.

| Ida Romack, Clerk of Court | June 23, 2006 at Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| b   redacted signature<br>Name | Deputy Clerk<br>uing Officer |

AO 83 (Rev. 12/85) Summons in a Criminal Case

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

**RETURN OF SERVICE**

Service was made by me on: McDaniel, Brian (Dusm)

Date: 7-05-06

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant

[ ] Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 7-05-06
Date

Name of United States Marshal: Randy M. Johnson

(by) Deputy United States Marshal

Remarks: 1 Deputy, 1 hour, 13 miles round trip

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.