**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   GREAT PACIFIC SEAFOODS, INC.

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                              CASE NO.  3:01-cr-00015-01-HRH

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: July 27, 2006

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:01-cr-00015-01-JWS.

[]{IQ1.WPD*Rev.12/96}