DAVID V. MARSHALL
Davis Wright Tremaine LLP
1800 Bellevue Place
10500 N.E. 8th Street
Bellevue, WA  98004-4300
Tel: (425) 646-6137
Fax: (425) 646-6199

JON S. DAWSON
Davis Wright Tremaine LLP
701 West Eighth Ave., Suite 800
Anchorage, AK  99501-3566
Tel: (907) 257-5300
Fax: (907) 257-5399

Attorneys for Defendant Great Pacific Seafoods, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. A01-015CR (HRH) |
| ) | |
| v. ) | REQUEST FOR TERMINATION OF |
| ) | SERVICE ON JON S. DAWSON |
| GREAT PACIFIC SEAFOODS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Jon Dawson hereby notifies the court that I am no longer active in the above-referenced case and I authorize the Clerk's Office to terminate service to me of all future documents filed in this case.

    Dated this 29th day of August, 2006.

                                        DAVIS WRIGHT TREMAINE LLP
                                        Attorneys for Great Pacific, Inc.

                                        By: _____/s/ Jon S. Dawson_____.
                                                Jon S. Dawson, ABA #8406022
                                                701 W. 8th Avenue, Suite 800
                                                Anchorage, Alaska  99501
                                                Phone: (907) 257-5300
                                                Facsimile: (907) 257-5399
                                                Email: jondawson@dwt.com

Certificate of Service:

I certify that on August 29, 2006, a true and correct
copy of the foregoing document was served electronically
on the following parties:

Bryan Schroder

    /s/ Joyce Sheppard    .
    Joyce Sheppard

REQUEST FOR TERMINATION OF SERVICE - 2
107693v1