AO 245G (Rev. 12/03) Judgment in a Criminal Case for Revocations for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ ALASKA _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation for Organizational Defendants) |
| GREAT PACIFIC SEAFOODS, INC. | CASE NUMBER: 3:01-CR-00015-01-JWS |
| | David Marshall and Robert Stewart |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X  admitted guilt to violation of supervision conditions(s)  Allegations 2, 4, 5, 6, 7 & 8 of the Petition to Revoke Probation.

☐  was found in violation of supervision condition(s) _____

The organizational defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Special Condition, Grade C, Allowing bloody wastewater to leak | 07/31/2004 |
| 4 | Special Condition, Grade C, Daily Grinder Inspection | 05/17/2005 |
| 5 | Special Condition, Grade C, Failed to develop BMP Plan | |
| 6 | Special Condition, Grade C, Failed to submit 2004 Annual Report | 02/14/2005 |
| 7 | Special Condition, Grade C, Conduct monitoring & maintain logs | 05/17/2005 |
| 8 | Special Condition, Grade C, Failed to submit 2003 Annual Report | 02/14/2004 |

The defendant organization is sentenced as provided in pages 2 through __3__ of this judgment.

☐  The defendant organization has not violated supervision conditions(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D.   22695282

Defendant Organization's Principal Business Address:

3623 6th Avenue South

Seattle, WA 98134

Defendant Organization's Mailing Address:

Same as above.

SEPTEMBER 7, 2006
Date of Imposition of Judgment

**REDACTED SIGNATURE**
Signature of Judge

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name and Title of Judge

9-9-06
Date

DEFENDANT ORGANIZATION:   GREAT PACIFIC SEAFOODS, INC.
CASE NUMBER:   3:01-CR-00015-01-JWS

## PROBATION

The defendant organization is hereby sentenced to probation for a term of :   2 Years.
Defendant's original term of probation is hereby revoked.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments in the Criminal Monetary Penalties sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245G    (Rev. 12/03) Judgment in a Criminal Case for Revocations for Organizational Defendants
           Sheet 2B — Probation

Judgment—Page __3__ of __3__

DEFENDANT ORGANIZATION:    GREAT PACIFIC SEAFOODS, INC.
CASE NUMBER:    3:01-CR-00015-01-JWS

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall commit no further violations of environmental laws, regulations, or permits of the United States, including those for which primary enforcement has been delegated to a state.
2. The defendant shall establish and maintain an effective environmental compliance program enforcing all environmental laws, regulations, and permit, which program shall be diligently enforced by the officers and managers of Great Pacific Seafoods, Inc. This program conforms to all of the requirements and specifications as set forth on pages 8 and 9 of the original plea agreement in paragraphs IV(C)(3)(a)-(c).

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.